Mark D. Selwyn
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Rd.
Palo Alto, CA 94304
Telephone: +1 650 858 6000
Facsimile: +1 650 858 5000

Attorneys for Applicants
APPLE INC.; APPLE DISTRIBUTION INTERNATIONAL; APPLE RETAIL GERMANY B.V. & Co. KG.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

*In re Ex Parte* Application of

APPLE INC.; APPLE DISTRIBUTION INTERNATIONAL; AND APPLE RETAIL GERMANY B.V. & Co. KG.

Applicants

For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery From Qualcomm Inc. for Use in Foreign Proceedings

Case No. **'18CV1055 W    KSC**

**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE INC.'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782

I, Mark D. Selwyn, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Apple Inc., Apple Distribution International, and Apple Retail Germany B.V. & Co. KG (collectively, "Apple").

2. I am familiar with the facts set forth in this declaration from personal knowledge and documents I have reviewed.

3. I submit this declaration in support of Apple's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. The application relates to foreign proceedings initiated by Qualcomm Incorporated ("Qualcomm") in the Mannheim and Munich Regional Courts in Germany.

4. Qualcomm has alleged that Apple infringes nine European patents in multiple cases currently pending in German courts. These cases are listed below (collectively, the "German Actions"):

- *Qualcomm Inc. v. ADI, Apple Retail Germany*, No. 7 O 10495 (District Court Munich) (alleging infringement of European Patent No. 2,724,461);
- *Qualcomm Inc. v. Apple Inc.*, No. 7 O 10496 (District Court Munich) (alleging infringement of European Patent No. 2,724,461);
- *Qualcomm Inc. v. ADI, Apple Retail Germany*, No. 7 O 14453 (District Court Munich) (alleging infringement of European Patent No. 1,199,750);
- *Qualcomm Inc. v. Apple Inc.*, No. 7 O 14458 (District Court Munich) (alleging infringement of European Patent No. 1,199,750);

- *Qualcomm Inc. v. ADI, Apple Retail Germany*, No. 7 O 14454 (District Court Munich) (alleging infringement of European Patent No. 1,955,529);
- *Qualcomm Inc. v. Apple Inc.*, No. 7 O 14459 (District Court Munich) (alleging infringement of European Patent No. 1,955,529);
- *Qualcomm Inc. v. ADI, Apple Retail Germany*, No. 7 O 14455 (District Court Munich) (alleging infringement of European Patent No. 3,094,067);
- *Qualcomm Inc. v. Apple Inc.*, No. 7 O 144560 (District Court Munich) (alleging infringement of European Patent No. 3,094,067);
- *Qualcomm Inc. v. ADI, Apple Retail Germany*, No. 7 O 14456 (District Court Munich) (alleging infringement of European Patent No. 1,956,806);
- *Qualcomm Inc. v. Apple Inc.*, No. 7 O 14461 (District Court Munich) (alleging infringement of European Patent No. 1,956,806);
- *Qualcomm Inc. v. ADI, Apple Retail Germany*, No. 7 O 14457 (District Court Munich) (alleging infringement of European Patent No. 3,054,658);
- *Qualcomm Inc. v. Apple Inc.*, No. 7 O 14462 (District Court Munich) (alleging infringement of European Patent No. 3,054,658);
- *Qualcomm Inc. v. ADI, Apple Retail Germany*, No. 2 O 127/17 (District Court Mannheim) (alleging infringement of European Patent No. 2,954,737);
- *Qualcomm Inc. v. Apple Inc.*, No. 2 O 128/17 (District Court Mannheim) (alleging infringement of European Patent No. 2,954,737);

- *Qualcomm Inc. v. ADI, Apple Retail Germany*, No. 2 O 189/17 (District Court Mannheim) (alleging infringement of European Patent No. 3,036,768);
- *Qualcomm Inc. v. Apple Inc.*, No. 2 O 15/18 (District Court Mannheim) (alleging infringement of European Patent No. 3,036,768);
- *Qualcomm Inc. v. ADI, Apple Retail Germany*, No. 2 O 190/17 (District Court Mannheim) (alleging infringement of European Patent No. 2,460,270); and
- *Qualcomm Inc. v. Apple Inc.*, No. 2 O 16/18 (District Court Mannheim) (alleging infringement of European Patent No. 2,460,270).

5. The asserted patents listed above purportedly relate to a number of different technologies including, as examples, carrier aggregation, envelope tracking, and integrated circuit design.

6. Qualcomm has accused Apple's iPhone 6, iPhone 6S, iPhone SE, iPhone 7, iPhone 7 Plus, iPhone 8, iPhone 8 Plus, and iPhone X of infringing each of the asserted patents.

7. The Mannheim and Munich Regional Courts will adjudicate these patent cases in the first instance, subject to appeals.

**Relevant Materials and Legal Authority**

1. Attached hereto as **Exhibit 1** is a true and correct copy of an October 13, 2011 opinion in *In re Ex Parte App. of Apple Inc.*, No. 3:11-cv-03058-IEG-BGS (S.D. Cal.).

2. Attached hereto as **Exhibit 2** is a true and correct copy of a January 25, 2012 opinion in *In re Ex Parte App. of Apple Inc.*, No. 3:12-cv-00147-LAB-WMC (S.D. Cal.).

4  DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782

3. Attached here to as **Exhibit 3** is a true and correct copy of the July 7, 2017 complaint filed by Qualcomm in *In re Certain Mobile Electronic Devices and Radio Frequency and Processing Components Thereof*, U.S.I.T.C. Inv. No. 337-TA-1065.

4. Attached here to as **Exhibit 4** is a true and correct copy of Exhibit 13 to the July 7, 2017 complaint filed by Qualcomm in *In re Certain Mobile Electronic Devices and Radio Frequency and Processing Components Thereof*, U.S.I.T.C. Inv. No. 337-TA-1065.

DATED: May 29, 2018

Respectfully submitted,

By:  */s/ Mark D. Selwyn*

Mark D. Selwyn
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Rd.
Palo Alto, CA 94304
Telephone: +1 650 858 6000
Facsimile: +1 650 858 5000

5   DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782