# Exhibit 4

# EXHIBIT 13

## Foreign Counterparts by Asserted Patent

## U.S. Patent No. 8,633,936

| Jurisdiction | Application Number | Status | Patent / Publication Number | Issue / Publication Date |
|---|---|---|---|---|
| Canada | 2721396 | Abandoned | 2721396 | 10/29/2009 |
| China | 200980114125.4 | Granted | ZL200980114125.4 | 01/08/2014 |
| Europe | 09733780.2 | Abandoned | EP2281277 | 02/09/2011 |
| India | 2254/MUMNP/2010 | Granted | 278505 | 12/23/2016 |
| Japan | 2011-506397 | Granted | 5242771 | 04/12/2013 |
| Korea | 10-2010-7026039 | Granted | 10-1321655 | 10/17/2013 |
| Taiwan | 098113264 | Abandoned | 201001328 | 01/01/2010 |
| Patent Cooperation Treaty | PCT/US2009/041268 | Expired | WO2009132013 | 10/29/2009 |

## U.S. Patent No. 8,698,558

| Jurisdiction | Application Number | Status | Patent / Publication Number | Issue / Publication Date |
|---|---|---|---|---|
| China | 201280030998.9 | Application | CN103620951 | 03/05/2014 |
| Europe | 12738270.3 | Allowed | EP2724461 | 04/30/2014 |
| India | 8835/CHENP/2013 | Application | 8835/CHENP/2013 | 6/24/2016 |
| Japan | 2015-131268 | Granted | 6121485 | 04/07/2017 |
| Japan | 2014-517241 | Granted | 5897705 | 03/11/2016 |
| Korea | 10-2014-7001767 | Granted | 10-1687459 | 12/12/2016 |
| Patent Cooperation Treaty | PCT/US2012/043915 | Expired | WO2012178138 | 12/27/2012 |

## U.S. Patent No. 8,487,658

| Jurisdiction | Application Number | Status | Patent / Publication Number | Issue / Publication Date |
|---|---|---|---|---|
| China | 201280041547.5 | Granted | ZL201280041547.5 | 11/09/2016 |
| Germany | 602012028709.8 | Granted | EP2732467 | 02/15/2017 |
| Europe | 12747948.3 | Granted | EP2732467 | 02/15/2017 |
| France | 12747948.3 | Granted | EP2732467 | 02/15/2017 |
| Great Britain | 12747948.3 | Granted | EP2732467 | 02/15/2017 |
| India | 217/CHENP/2014 | Application | 217/CHENP/2014 | 06/24/2016 |
| Japan | 2016-098427 | Application | 2016-171335 | 09/23/2016 |
| Japan | 2014-520346 | Granted | 5940660 | 05/27/2016 |
| Korea | 10-2014-7003557 | Granted | 10-1705707 | 02/06/2017 |
| Patent Cooperation Treaty | PCT/US2012/046562 | Expired | WO2013010043 | 01/17/2013 |

## U.S. Patent No. 8,838,949

| Jurisdiction | Application Number | Status | Patent / Publication Number | Issue / Publication Date |
|---|---|---|---|---|
| China | 201280059732.7 | Application | CN103975305 | 08/06/2014 |
| China | 201610030947.6 | Application | CN105718419 | 06/29/2016 |
| China | 201180014509.6 | Granted | ZL201180014509.6 | 02/24/2016 |
| Europe | 12809417.4 | Application | EP2788870 | 10/15/2014 |
| Europe | 11712729.0 | Application | EP2550603 | 01/30/2013 |
| India | 3820/CHENP/2014 | Application | 3820/CHENP/2014 | 01/15/2016 |
| India | 7795/CHENP/2012 | Application | 7795/CHENP/2012 | 3/14/2014 |
| Japan | 2014-546042 | Granted | 5890038 | 02/26/2016 |
| Japan | 2016-027736 | Application | 2016-115371 | 06/23/2016 |
| Japan | 2017-67173 | Application | | |
| Japan | 2013-501416 | Abandoned | 2013-522803 | 06/13/2013 |
| Korea | 10-2014-7018511 | Granted | 10-1627097 | 05/30/2016 |
| Korea | 10-2012-7027503 | Granted | 10-1412173 | 06/19/2014 |
| Patent Cooperation Treaty | PCT/US2012/068052 | Expired | WO2013086062 | 06/13/2013 |
| Patent Cooperation Treaty | PCT/US2011/029484 | Expired | WO2011119648 | 09/29/2011 |

**U.S. Patent No. 9,535,490**

| Jurisdiction | Application Number | Status | Patent / Publication Number | Issue / Publication Date |
|---|---|---|---|---|
| Brazil | BR1120160139356 | Application | | |
| Canada | 2929725 | Application | CA2929725 | 6/25/2015 |
| China | 201480068762.3 | Application | CN105849668 | 08/10/2016 |
| Europe | 14824677.0 | Application | EP3084558 | 10/26/2016 |
| Indonesia | P-00201603390 | Application | | |
| India | 201647015451 | Application | 201647015451 | 08/05/2016 |
| Japan | 2016-537459 | Allowed | 2017-502400 | 01/19/2017 |
| Korea | 10-2016-7019112 | Application | 10-2016-0099666 | 08/22/2016 |
| Taiwan | 103143714 | Application | 201528847 | 07/16/2015 |
| Patent Cooperation Treaty | PCT/US2014/070368 | Expired | WO2015095063 | 06/25/2015 |

**U.S. Patent No. 9,608,675**

| Jurisdiction | Application Number | Status | Patent / Publication Number | Issue / Publication Date |
|---|---|---|---|---|
| China | 201480008038.1 | Application | CN104982077 | 10/14/2015 |
| Europe | 17163460.3 | Application | | |
| Europe | 14704496.0 | Allowed | EP2954737 | 12/16/2015 |
| India | 3918/CHENP/2015 | Application | 3918/CHENP/2015 | 07/01/2016 |
| Japan | 2015-556967 | Application | 2016-507197 | 03/07/2016 |
| Korea | 10-2015-7024259 | Application | 10-2015-0118185 | 10/21/2015 |
| Patent Cooperation Treaty | PCT/US2014/013805 | Expired | WO2014123744 | 08/14/2014 |