Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 858 6000
Facsimile: +1 650 858 5000

*Attorneys for Applicants*
*Apple Inc.; Apple Distribution International;*
*and Apple Retail Germany B.V. & Co. KG*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Ex Parte Application of<br><br>APPLE INC.; APPLE DISTRIBUTION INTERNATIONAL; AND APPLE RETAIL GERMANY B.V. & Co. KG<br><br>Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery From Qualcomm Inc. for Use in Foreign Proceedings | Case No. 3:18-cv-01055-DMS-MDD<br><br>**APPLE INC. *ET AL.*'S SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT OF ITS *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

Apple[1] respectfully submits this supplemental memorandum and accompanying declaration of Wolrad Prinz zu Waldeck und Pyrmont in support of its May 29, 2018 *ex parte* application for an order pursuant to 28 U.S.C. § 1782 granting Apple leave to obtain targeted discovery from Qualcomm Incorporated ("Qualcomm") for use in foreign litigations currently pending in Germany (the "1782 Application").

The discovery Apple is seeking through its 1782 Application is time critical. As explained further below, Apple must disclose its evidence and arguments opposing Qualcomm's requests for injunctions against multiple iPhone models beginning in just *five weeks*, on August 31, 2018. Apple will therefore require the discovery requested in its 1782 Application by *mid-August* to have adequate time to analyze and incorporate such discovery in its submissions to the German court.

Qualcomm has accused Apple of infringing multiple patents in courts in Munich and Mannheim, Germany. (Dkt. No. 1-2, [Selwyn Decl.] ¶¶ 4-5.) In those cases, Qualcomm is seeking injunctions against the iPhone 6, 6S, SE, 7, 7 Plus, 8, 8 Plus, and iPhone X. (*Id.* ¶ 6.) In support of its defenses to the actions filed by Qualcomm against Apple in Germany, Apple seeks three narrowly tailored categories of discovery from Qualcomm: (1) discovery regarding Qualcomm's testing to determine if Apple's products incorporate the alleged invention of European Patent Nos. 2,954,737, 2,724,461, 1,199,750, 1,955,529, 3,094,067, 1,956,806, 3,054,658, 3,036,768, or 2,460,270, or their U.S. counterparts or other related patents[2]; (2) discovery regarding Qualcomm's licensing agreements with Apple's iPhone manufacturers; and (3) discovery regarding the existence of a premium baseband chip market and its scope, including any Qualcomm internal communications regarding the

---

[1] Except as otherwise indicated, as used herein, "Apple" means Apple Inc., Apple Distribution International, and Apple Retail Germany B.V. & Co. KG.

[2] After Apple filed its 1782 Application, Qualcomm asserted four additional patents against Apple in Germany: European Patent Nos. 1,988,602, 2,499,640, 1,864,151, and 2,856,808. (Declaration of Wolrad Prinz zu Waldeck und Pyrmont, ¶ 5.)

APPLE'S SUPPLEMENTAL SUBMISSION RE: EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782     - 1 -     CASE NO. 3:18-cv-01055-DMS-MDD

existence of such a market. (Dkt. No. 1 [1782 Application] at 1-2, Exhibit B.) These categories of discovery could support Apple's noninfringement, licensing, and competition-law-related defenses, respectively.

*Apple's written submissions in opposition to Qualcomm's injunction requests are due beginning on August 31, 2018, making it critical that Apple receive the requested discovery from Qualcomm by mid-August so Apple can use that discovery in its submissions to the German courts*. Specifically, Apple's defenses and evidence must be disclosed in a written submission on August 31, 2018 for European Patent Nos. 1,955,529, 3,094,067, 1,956,806 and 3,054,658, with injunction hearings on those patents scheduled to begin in mid-September. (Declaration of Wolrad Prinz zu Waldeck und Pyrmont ¶¶ 8-10.) Written submissions disclosing Apple's defenses and evidence are due shortly thereafter on a number of other asserted patents, including on September 10, 2018 (European Patent No. 2,460,270), September 13, 2018 (European Patent No. 1,199,750), September 24, 2018 (European Patent No. 3,036,768) and October 15, 2018 (European Patent No. 2,724,461), with injunction hearings to following in September, October and November. (*Id.* ¶¶ 7-11.) Under German procedural law, Apple may be precluded from offering arguments and evidence not included in the written submissions described above. (*Id.* ¶ 12.) Therefore, Apple has an urgent and immediate need for the requested discovery so it can analyze and incorporate the discovery into its written submissions to the German courts.

Because of the time critical nature of the discovery that Apple is seeking, and for the reasons set forth in Apple's 1782 Application, Apple respectfully requests that the Court rule at its earliest opportunity.

DATED: July 26, 2018

Respectfully submitted,

By: */s/ Mark D. Selwyn*
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP

| | |
|---|---|
| 1 | 950 Page Mill Road |
| 2 | Palo Alto, CA 94304 |
|   | Telephone: +1 650 858 6000 |
| 3 | Facsimile: +1 650 858 5000 |
| 4 | *Attorneys for Applicants* |
|   | APPLE INC.; APPLE DISTRIBUTION |
| 5 | INTERNATIONAL; AND APPLE |
| 6 | RETAIL GERMANY B.V. & Co. KG |

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28